IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PQ LABS, INC, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>YANG QI, an individual; ZAAGTECH INC., a Chinese corporation; ANDY NGUYEN, an individual; JINPENG LI, an individual; HAIPENG LI, an individual; and DOES 1 through 10,<br><br>    Defendants.<br>_____/ | No. 12-00450 CW<br><br>ORDER DENYING EX PARTE TEMPORARY RESTRAINING ORDER |

    Plaintiff's motion in the above-entitled case for an ex parte temporary restraining order (TRO) is denied, but the Court will consider the motion once it has been served and Defendants given an opportunity to respond. Plaintiff shall serve its motion on Defendants as soon as possible. Defendants may file any opposition to the motion for a TRO within two court days after receiving actual notice of the motion. Plaintiff may file a reply one court day thereafter. The matter will be decided on the papers.

Dated: 3/9/2012

                         CLAUDIA WILKEN
                         United States District Judge