IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PQ LABS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YANG QI, ZAAGTECH, INC., JINPENG LI, and HAIPENG LI,<br><br>　　　　Defendants._____/ | No. 12-0450 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE (DOCKET NO. 42) AND GRANTING DEFENDANTS LEAVE TO AMEND |

　　On September 20, 2012, Plaintiff PQ Labs, Inc., filed a motion to strike Defendants Yang Qi, ZaagTech, Inc., Jinpeng Li, and Haipeng Li's affirmative defenses. Docket No. 42. On October 4, 2012, Defendants filed a statement of non-opposition to Plaintiff's motion. Docket No. 43. The Court therefore GRANTS Plaintiff's motion to strike Defendants' first, second, third, fourth, and fifth affirmative defenses. The motion hearing set for October 25, 2012 is hereby VACATED. Because Plaintiff has not alleged any prejudice that will result from leave to amend, the Court grants Defendants leave to amend within 21 days of this order.

　　IT IS SO ORDERED.

Dated: 10/16/2012

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge