**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PQ LABS, INC,                                    No. C -12-00450 CW (EDL)

        Plaintiff,                            **ORDER**

  v.

YANG QI, ET AL,

        Defendant.
                                         /

With regard to the dispute noted in the parties' Joint Letter re Discovery Disputes (Dkt. 59), Defendants shall file a motion to compel by August 28, 2013, at noon (no further briefing is needed as to topic A.1). Plaintiff's opposition is due September 4, 2013 at noon. There will be no reply unless requested. The Court will hold a hearing on September 10, 2013 at 2:30 p.m., 450 Golden Gate Ave., Courtroom E, 15th Floor, San Francisco, California. Any future discovery disputes will proceed according to this Court's Order re Discovery Procedures.

**IT IS SO ORDERED.**

Dated: August 23, 2013

                                                                       ELIZABETH D. LAPORTE
                                                                       United States Chief Magistrate Judge