IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PQ LABS, INC, | No. C -12-00450 CW (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| YANG QI, ET AL, | |
| Defendant. | |

For good cause shown, the Court grants Plaintiff's request to extend the deadline for completion of expert discovery from September 25, 2013 to October 9, 2013.

**IT IS SO ORDERED.**

Dated: August 26, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge