# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date:** September 11, 2013
**UNITED STATES CHIEF MAGISTRATE JUDGE**

**Case No:**  C-12-00450

**Title:**  PQ LABS, INC v. YANG QI, ET AL

**Attorneys:**  Issac H. Winer & Bonnie Jean Wolf     Perry J. Narancic

**Deputy Clerk:**  Lisa R. Clark

**Court Reporter:**  none     **Tape No.** 3:08-3:28
                                          (Time: 20 minutes  )

**PROCEEDINGS:**                                **RULINGS:**

Defendant's Motion to Compel Discovery Responses and     granted in part
Sanctions

**ORDERED AFTER HEARING:** Any price list not previously produced need to be produced to defense counsel through today. If no such list exists then plaintiff is to submit a declaration to the Court advising the Court of such. Production to be completed by 9/24/13.

**ORDER TO BE PREPARED BY:**  [ x ] Plaintiff  [ ] Defendant  [ ] Court

**Case Continued to:**

Notes:

cc:

Case4:12-cv-00450-CW   Document70   Filed09/11/13   Page2 of 2