UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

PQ LABS, INC.,

        Plaintiff,

   v.

YANG QI, et al,

        Defendants.
_____/

No. C 12-0450 CW

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     October 30, 2013
Mediator: Michael Sobel

    IT IS HEREBY ORDERED that the requests to excuse both plaintiffs and defendants (excluding defendant Haipeng Li) from appearing in person at the October 30, 2013, mediation before Michael Sobel are DENIED.

    If the parties are not yet ready to have a productive mediation session, the court recommends that they seek an extension of the deadline to complete mediation and reschedule the session to a date when all parties would be available to participate.

    IT IS SO ORDERED.

October 22, 2013        By:   _____
Dated                                    Maria-Elena James
                                                      United States Magistrate Judge