OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff PQ LABS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PQ LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YANG QI, ZAAGTECH INC., JINPENG LI, and HAIPENG LI, <br><br> Defendants. | Case No.: 12-CV-00450-CW <br><br> **STIPULATED REQUEST AND ORDER TO EXTEND DEADLINE TO CONDUCT MEDIATION** |

### STIPULATED REQUEST TO EXTEND DEADLINE TO CONDUCT MEDIATION

Pursuant to ADR LR 6-5, Plaintiff PQ Labs, Inc. ("Plaintiff" and "PQ Labs") and Defendants Yang Qi, Zaagtech Inc. ("Zaagtech"), Jinpeng Li, and Haipeng Li ("Defendants"), by and through their respective counsel, hereby stipulate and request that the deadline to conduct mediation be extended to December 31, 2013.

On October 14, 2013, the parties submitted a joint request to be excused from physical attendance at mediation to the ADR Magistrate Judge, Hon. Maria-Elena James pursuant to ADR LR 6-10(d). The parties based their request on, among other things, the fact that the individual Defendants Yang Qi and Jinpeng Li, and the company representative of Defendant Zaagtech and the company representative of Plaintiff PQ Labs all reside in China and personal attendance at mediation

1  in the Bay Area would impose a substantial hardship in terms of time and expense of travel. The
2  parties' joint request was denied on October 22, 2013. As Yang Qi, Jinpeng Li, the company
3  representative of Zaagtech, and the company representative of PQ Labs are presently located in China
4  and cannot make travel arrangements from China to the Bay Area on extremely short notice to satisfy
5  the pending mediation deadline, the parties are not available and not able to conduct a mediation
6  before the October 31, 2013 deadline. Further extension of the mediation deadline was recommended
7  by the ADR Magistrate Judge, Hon. Maria-Elena James in the order denying the parties' request to be
8  excused from physical attendance.

   Plaintiff and Defendants concur in this Request. The appointed mediator Michael Sobel has
been informed of the parties' intention to seek extension of the mediation deadline and is being
served with a copy of this Request. A copy of this Request is also being served to the ADR Unit.

   Based on the foregoing, the parties respectfully request that the Court extend the deadline to
conduct mediation to December 31, 2013.

*Pursuant to Civil LR 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each signatory below as indicated by "/s/".*

Dated:  October 25, 2013                             Dated:  October 25, 2013

By: */s/ Otto O. Lee*                                By: */s/ Perry J. Narancic*
    Otto O. Lee                                          Perry J. Narancic
    Kevin Viau                                           LEXANALYTICA, PC
    INTELLECTUAL PROPERTY                                1730 S El Camino Real
    LAW GROUP LLP                                        San Mateo, California 94402
    12 South First Street, 12th Floor                    Telephone: (650) 814-7688
    San Jose, California 95113                           Facsimile: (650) 215-2971
    Telephone: (408) 286-8933
    Facsimile: (408) 286-8932

    Attorneys for Plaintiff PQ Labs, Inc.                Attorney for Defendants Yang Qi, Zaagtech
                                                         Inc., Jinpeng Li, and Haipeng Li

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  10/25/2013                                   _____
                                                     HON. CLAUDIA WILKEN
                                                     United States District Judge

Case No.: 12-CV-00450-CW
Stipulated Request to Extend Mediation Deadline

2

**CERTIFICATE OF SERVICE**

I certify that on October 25, 2013, I electronically filed the foregoing **STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINE TO CONDUCT MEDIATION** using the Court's CM/ECF system, which will provide service by email to the following parties:

> Perry J. Narancic, Esq.
> LEXANALYTICA, PC
> 1730 S El Camino Real, Suite 270
> San Mateo, CA 94402
> pjn@lexanalytica.com
>
> Attorney for Defendants Yang Qi, Zaagtech Inc., Jinpeng Li, and Haipeng Li

By: */s/ Otto O. Lee*
    Otto O. Lee

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113

Case No.: 12-CV-00450-CW
Stipulated Request to Extend Mediation Deadline