Otto O. Lee, Esq., SB#173987
Kevin Viau, Esq., SB# 275556
Intellectual Property Law Group LLP
12 South First Street, Twelfth Floor
San Jose, CA 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff PQ Labs, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PQ LABS, INC. | CASE NO. 12-CV-00450-CW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO REVISE BRIEFING SCHEDULE FOR SUMMARY JUDGMENT HEARING SET FOR DECEMBER 5, 2013; ORDER** |
| YANG QI, ZAAGTECH, INC., JINPENG LI, AND HAIPENG LI. | |
| Defendants. | |

Pursuant to Local Rule 7-12, Plaintiff PQ Labs, Inc. ("Plaintiff") and Defendants Zaagtech, Inc., Haipeng Li, Jinpeng Li and Yang Qi (collectively "Defendants") submit the following Stipulation and Request slightly altering the briefing schedule for the Summary Judgment Motion brought by Defendants set for hearing on December 5, 2013.

Whereas: the Court's initial case management ruling set December 5, 2013 as the last date for hearing on a motion for summary judgment;

Whereas: Defendants filed their motion for summary judgment at 11:59 p.m. on October 30, 2013;

Whereas: the docket text indicates Plaintiff's response is due November 13, 2013 and any reply is due by November 20, 2013:

Whereas: Defendants' memorandum of points and authorities is twenty-five (25) pages long;

STIPULATION TO REVISE BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT HEARING   1

Whereas: Plaintiff's counsel is working diligently in preparing the opposition but is handicapped by the length of the moving papers and the location of the Plaintiff in China.

Now therefore, the parties agree as follows:

1. Plaintiff's response to Defendants' motion for summary judgment is due by November 14, 2013; Defendants' reply is due by November 21, 2013 and the hearing will remain scheduled for December 5, 2013.

*Pursuant to Civil LR 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each signatory below as indicated by "/s/".*

| Intellectual Property Law Group LLP | LEXANALYTICA, PC |
|---|---|
| By: /s/ Otto Lee<br>    Otto O. Lee | By: /s/ Perry Narancic<br>    Perry J. Narancic |
| Counsel for Plaintiff | Counsel for Defendants |
| Dated: November 11. 2013 | Dated: November 11. 2013 |

**ORDER**

Based upon the stipulation of counsel, the Court hereby orders as follows:

The motion for summary judgment shall remain on calendar for December 5, 2013. Plaintiff's response is due by November 14, 2013 and Defendants' reply is due by November 21, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  11/13/2013

HON. CLAUDIA WILKEN
United States District Judge

# CERTIFICATE OF SERVICE

I certify that on November 13, 2013, I electronically filed the foregoing STIPULATION TO REVISE BRIEFING SCHEDULE FOR SUMMARY JUDGMENT HEARING SET FOR DECEMBER 5, 2013; [PROPOSED] ORDER using the CM/ECF system, which will provide notice by email to the following parties:

Perry J. Narancic, Esq.
LEXANALYTICA, PC
1730 S El Camino Real, Suite 270
San Mateo, CA 94402
pjn@lexanalytica.com

Attorney for Defendants Yang Qi, ZaagTech Inc., Jinpeng Li, and Haipeng Li

By: /s/ Otto Lee
    Otto Lee