# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** March 4, 2014     **Time:** 9:30 a.m.     **Judge:** NANDOR J. VADAS
**Case No.:** 12-cv-00450-CW     **Case Name:** PQ Labs, Inc. v. Qi

**Attorney for Plaintiff:** Steve Ellenberg and Bonnie Wolf

**Attorney for Defendant:** Perry Narancic

**Deputy Clerk:** Gloria Knudson     **Court Reporter:**

## PROCEEDINGS

Settlement Conference held.

**Order to be prepared by:**

[ ]   Plaintiff     [ ]   Defendant     [ ]   Court

A further settlement conference was conducted using ooVoo during the course of the day.  The matter was not settled.