Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
1730 S. El Camino Real, Suite 270
San Mateo, CA  94402
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
YANG QI, JINPENG LI, HAIPENG LI and
ZAAGTECH INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PQ LABS, INC., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> YANG QI, *et al.* <br><br> Defendants. | Case No. 12 CV 00450 CW (EDL) <br><br> [PROPOSED] ORDER GRANTING JOINT MOTION FOR ORDER GRANTING PERMISSION TO BRING EQUIPMENT FOR USE DURING TRIAL <br><br> Trial date:  March 10, 2014 |

Having considered the parties' Joint Motion for an Order Granting Permission To Bring Equipment for Use During Trial, the record in this case and all related facts and circumstances, and good cause appearing therefor, IT IS HEREBY ORDERED THAT Defendants may bring the following equipment into the Federal Courthouse at 1301 Clay Street, Oakland, California 94612 on Friday, March 7, 2014 for use during trial commencing on March 10, 2014 in the courtroom of the Honorable Claudia Wilken, Courtroom 2.

1. Six (6) multi-touch screen devices and accompanying monitors.
2. All power cords, data cables and peripherals necessary for connecting and operating the above equipment.

The parties will coordinate with Judge Wilken's courtroom deputy, Nikki Riley, as to the timing of the delivery of said equipment.

IT IS SO ORDERED.

Dated: _____March 6_____, 2014       _____
                                                    United States District Court Judge