1  Perry J. Narancic, SBN 206820
   LEXANALYTICA, PC
2  1730 S. El Camino Real, Suite 270
   San Mateo, CA 94402
3  www.lexanalytica.com
   pjn@lexanalytica.com
4  Tel: 650-655-2800

5  Attorneys for Defendants
   YANG QI, JINPENG LI, HAIPENG LI and
6  ZAAGTECH INC.

7

8

9                 **UNITED STATES DISTRICT COURT**

10                **NORTHERN DISTRICT OF CALIFORNIA**

11

12 PQ LABS, INC., *et al.*,                    Case No. 12 CV 00450 CW (EDL)

13          Plaintiff,                         **[PROImumOSED] ORDER GRANTING**
                                               **DEFENDANTS' MOTION FOR**
14         v.                                  **ORDER GRANTING PERMISSION**
                                               **TO BRING EQUIPMENT FOR USE**
15 YANG QI, *et al.*                           **DURING TRIAL**

16          Defendants.
                                               Trial date: March 10, 2014
17

18

19      Having considered Defendants' Motion for an Order Granting Permission To Bring

20 Equipment for Use During Trial, the record in this case and all related facts and circumstances, and

21 good cause appearing therefor, IT IS HEREBY ORDERED THAT Defendants may bring the

22 following equipment into the Federal Courthouse at 1301 Clay Street, Oakland, California 94612

23 on Monday, March 10, 2014 and each day thereafter for use during trial commencing on March 10,

24 2014 in the courtroom of the Honorable Claudia Wilken, Courtroom 2.

25          - one table

26          - diagnostic apparatus

27          - 3 laptop computers

28

                                    - 1 -

- 9 screwdrivers and tools (keysets) for assembling and disassembling multitouch

screen products and monitor stands

- multitouch screen products including metal frames of varying sizes and associated

hardware

-- all power cords, data cables and peripherals necessary for connecting and

operating the above equipment.

The parties will coordinate with Judge Wilken's courtroom deputy, Nikki Riley, as to the

timing of the delivery of said equipment.


IT IS SO ORDERED.


Dated: Octej '32, 2014

_____

United States District Court Judge