IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PQ LABS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>YANG QI, ZAAGTECH, INC., JINPENG LI, and HAIPENG LI,<br><br>    Defendants.<br>_____/ | No. 12-0450 CW<br><br>ORDER GRANTING IN PART PLAINTIFF'S RENEWED MOTION TO SEAL (Docket No. 145) |

On March 2, 2014, Plaintiff PQ Labs, Inc., filed a renewed motion to seal an exhibit filed in support of its motions in limine. Specifically, it moved to seal Exhibit A to the declaration of Stephen Ellenberg, which contains Sandeep Chatterjee's expert report.

Because the public interest favors filing all court documents in the public record, a party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential; rather, every sealing request must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil L.R. 79-5(d).

After reviewing the supporting declaration of Bonnie Wolf, the Court finds good cause for sealing most of the material that Plaintiff seeks to redact from Chatterjee's report. The redacted portions of the report contain various descriptions and diagrams of Plaintiff's proprietary technology and, therefore, may be filed under seal. However, the proposed redactions to paragraph 19 of the report and the first two sentences of paragraph 83 do not contain any specific references to proprietary information. Accordingly, these portions of the report must be unsealed. Plaintiff has established good cause for all of the other proposed redactions.

For the reasons set forth above, Plaintiff's renewed motion to seal (Docket No. 145) is GRANTED in part and DENIED in part. Within four days of this order, Plaintiff must file Chatterjee's report in the public record with the redactions outlined above. The document must be filed in a text-searchable format, as required by Civil Local Rule 5(e)(2). To ensure that all information is properly redacted, Plaintiff should consult the Court's instructions at: http://cand.uscourts.gov/ecf/redaction.

IT IS SO ORDERED.

Dated: ÁĞÐF€ÐG€FH

_____
CLAUDIA WILKEN
United States District Judge