1  Otto O. Lee, Esq., SB#173987
   Kevin Viau, Esq., SB# 275556
2  Intellectual Property Law Group
   12 South First Street, Twelfth Floor
3  San Jose, CA 95113
   Telephone: (408) 286-8933
4

5  Steven A. Ellenberg, Esq., SB# 151489
   ELLENBERG & HULL
6  4 North Second Street, Suite 1240
   San Jose, CA 95113
7  Telephone: (408) 998-8500

8  Attorneys for Plaintiff PQ Labs, Inc.

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | PQ LABS, INC., a California corporation, and SHANGHAI PINQI DIGITAL TECHNOLOGY CO., LTD., a Chinese corporation, | CASE NO. 12-CV-00450-CW
13 |  |
14 |  | **STIPULATION AND ORDER REGARDING POST TRIAL BRIEFING SCHEDULE**
15 | Plaintiff, |
16 | v. |
17 | YANG QI, an individual, ZAAGTECH, INC., a Chinese corporation JINPENG LI, an individual and HAIPENG LI, an individual, |
18 |  |
19 | Defendants. |

20      The parties, by and through their counsel of record, hereby stipulate and agree as

21 follows regarding the schedule for post trial briefing.

22      1.    Plaintiffs' proposed post-trial findings of facts and conclusions of law from

23 trial, and any argument thereon, shall be filed no later than April 7, 2014;

24      2.    Defendants' proposed post-trial findings of fact and conclusion of law, and

25 any argument thereon, shall be filed no later than April 23, 2014; and

26 /////

27 /////

28 /////

STIPULATION AND         ORDER REGARDING POST TRIAL BRIEFING SCHEDULE         1

1   3.   Plaintiffs' reply shall be filed May 2, 2014.

2   Any oral argument shall be at the Court's discretion.

3   IT IS SO STIPULATED.

4   Ellenberg & Hull                                LEXANALYTICA, PC

5

6   By: _____/s/_____            By _____/s/_____
         Steven A. Ellenberg                           Perry J. Narancic
7

8   Counsel for Plaintiffs                         Counsel for Defendants

9   Dated: March 21, 2014                     Dated: March 21, 2014

10  Based upon the parties' stipulation, the above described briefing schedule is hereby

11  adopted as the order of the Court.

12  IT IS SO ORDERED.

13  Dated:  3/24/2014

14

15

16                                                                U.S. District Court Judge

    I:\PQ Labs\P\Stip Re Briefing Schedule.doc

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND          ORDER REGARDING POST TRIAL BRIEFING SCHEDULE          2