IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PQ LABS, INC. and SHANGHAI PINQI DIGITAL TECHNOLOGY CO., LTD.,

    Plaintiffs,

  v.

YANG QI; ZAAGTECH, INC.; JINPENG LI; and HAIPENG LI,

    Defendants.

No. C 12-0450 CW

PERMANENT INJUNCTION

The Court, having duly considered the evidence presented at trial in this matter and consistent with its findings of fact and conclusions of law, hereby orders as follows:

    1.    Defendants Yang Qi, Jinpeng Li, and Zaagtech, Inc., and their respective officers, servants, employees, agents, and licensees, and all persons in active concert or participation with them, be, and are hereby, permanently restrained and enjoined from:

        a.    Any further misappropriation of Plaintiffs' trade secrets, including but not limited to hardware and circuitry design schematics, software code, customer information, and sales and pricing information;

        b.    Any use of Plaintiffs' trademarks without Plaintiffs' express written permission; and

        c.    Any advertising suggesting that suggests a business relationship between Plaintiffs and Defendants where no such business relationship exists.

2.  Any party may seek modification of this Order, at any time, by written motion and for good cause based on changed circumstances or otherwise.

4.  This Court shall retain jurisdiction to enforce this Order.  In the event that any part of this Order is violated by the parties named herein or other persons, Plaintiffs may, by motion with notice to the attorneys for Defendants, apply for sanctions or other relief that may be appropriate.

IT IS SO ORDERED.

Dated:   October 2, 2014

CLAUDIA WILKEN
United States District Judge