Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
149 Commonwealth Drive, Suite 1033
Menlo Park, CA  94402
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-655-2800

Attorneys for Defendants
YANG QI, JINPENG LI,
ZAAGTECH INC. and HAIPENG LI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PQ LABS, INC., a California corporation, and SHANGHAI PINQI DIGITAL TECHNOLOGY CO., LTD, a Chinese corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>YANG QI, an individual, ZAAGTECH, INC., a Chinese corporation, JINPENG LI, an individual, and HAPIENG LI, an individual.<br><br>　　　　　Defendants. | Case No. 12 CV 00450 CW<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITON TO FEE MOTION (DKT. NO. 195)<br><br>Honorable Claudia Wilken |

The parties, through their respective counsel, stipulate as follows:

Whereas the Court issued its ruling on Findings of Fact and Conclusions of Law on September 30, 2014 (Dkt. No. 191).

Whereas Plaintiffs filed a Motion for Attorneys' Fees and Costs on October 15, 2014 (Dkt. No. 195).

Whereas the Court granted Defendants 14 days following the filing of Plaintiffs' fee motion to file an opposition thereto.

Whereas Defendants' opposition is due October 29, 2014.

- 1-

Whereas the parties have met and conferred in an attempt to stipulate to an award of fees and costs.

Whereas Defendants' counsel has had difficulty in establishing proper communication with Defendants for the purpose of agreeing to a fee stipulation, or arranging an opposition to Plaintiffs' fee motion.

Whereas Defendants' counsel continues to attempt to contact Defendants for the purpose of attempting to negotiate a stipulation, or otherwise organize an opposition.

Now therefore, the parties stipulate as follows:

## STIPULATION

Unless a stipulation on award of fees is earlier agreed, Defendants' time to file an opposition to Dkt. No. 195 is extended to November 5, 2014.

Respectfully Submitted,

DATED: October 29, 2014    LEXANALYTICA, PC

By:  /s/ Perry J. Narancic

Attorneys for Defendants
YANG QI, JINPENG LI, ZAAGTECH, INC. and HAIPENG LI

DATED: October 29, 2014    ELLENBERH & HULL

By:  /s/ Steve A. Ellenberg

Attorneys for Plaintiffs
PQ Labs, Inc. and Shanghai PinQi Digital Technology Company, Ltd.

- 2-

Stipulation and [Proposed] Order re Extension of Time                             PQ Labs v. Qi
                                                                                  Case No. 12-CV-00450 CW

ORDER

Good cause appearing therefore, the time within which Defendants shall file an opposition to Dkt. No. 195 is extended to November 5, 2014.

DATED: October 29, 2014

_____
Hon. Claudia Wilken
United States District Judge