UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PQ LABS, INC., et al.,<br>   Plaintiffs,<br>  v.<br>YANG QI, et al.,<br>   Defendants. | Case No. 12-cv-00450-CW   (DMR)<br><br>**ORDER VACATING HEARING DATE**<br>Re: Dkt. No. 215 |

  Pursuant to Civil Local Rule 7-1(b), the court finds that Plaintiffs' motion for an assignment order (Docket No. 215), which has been noticed for hearing on March 12, 2015, is appropriate for decision without oral argument.

  Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

  **IT IS SO ORDERED.**

Dated: March 6, 2015



DONNA M. RYU
United States Magistrate Judge